UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DASHONE MARCEL REYNOLDS | CIVIL ACTION |
| VERSUS | NO: 22-1474 |
| JONATHAN CHARLES | SECTION: "A" (4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that Plaintiff's § 1983 claims for false disciplinary charges are **DISMISSED WITH PREJUDICE**.

November 22, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE